■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM REED, Appellant. — Judgment of the Supreme Court, Kings County (Hellenbrand, J.), rendered June 23, 1983, affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9). Thompson, J. P., Brown, Niehoff and Lawrence, JJ., concur.